**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JOHN EARL JORDAN, JR.                                                                              PETITIONER
REG. #07438-043

v.                                           No. 2:11CV00098 JLH/JTR

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                                         RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections filed by Petitioner. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus, under 28 U.S.C. § 2241, is DENIED and this case is DISMISSED WITH PREJUDICE.

DATED this 6th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE