IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

JOHN EARL JORDAN, JR.                                                                                           PETITIONER
REG. #07438-043

v.                                              No. 2:11CV00098 JLH/JTR

T.C. OUTLAW, Warden,
FCI, Forrest City, Arkansas                                                                                     RESPONDENT

## JUDGMENT

Pursuant to the Order entered separately today, the petition for writ of habeas corpus is denied, and this case is dismissed with prejudice.

DATED this 6th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE